**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:15CR318** |
| **vs.** | |
| **JUAN ALATORRE,** | **JUDGMENT** |
| **Defendant.** | |

In accordance with the Memorandum and Order of this date,

IT IS ORDERED:

1.     The Defendant's correspondence, construed as a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 72, is denied; and

2.     The Clerk will mail a copy of this Judgment to the Defendant at his last known address.

Dated this 19th day of June, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge